**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, <br><br> Plaintiff, <br><br> v. <br><br> HTC CORPORATION, et al., <br><br> Defendants. | Case No. 6:16-cv-475-KNM <br><br> JURY TRIAL DEMANDED <br> (CONSOLIDATED LEAD CASE) |
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, <br><br> Plaintiff, <br><br> v. <br><br> ZTE CORPORATION, et al., <br><br> Defendants. | Case No. 6:16-cv-476-KNM <br><br> JURY TRIAL DEMANDED |

## **ORDER OF DISMISSAL**

Before the Court is the Joint Stipulation of Dismissal of Plaintiff Cellular Communications Equipment LLC ("CCE") and Defendant ZTE (USA), Inc. ("ZTE") pertaining to the above-captioned actions. Having considered the Joint Stipulation of Dismissal, and finding that good cause exists for granting it, the Court is of the opinion that the Joint Stipulation of Dismissal should be, in all respects, GRANTED.

IT IS THEREFORE ORDERED that CCE's claims against ZTE and ZTE's claims against CCE in the above-captioned actions are DISMISSED WITH PREJUDICE as set forth in the Joint Stipulation of Dismissal, with each party to the Joint Stipulation of Dismissal to bear its

own costs, expenses and attorneys' fees as may exist between them.

IT IS FURTHER ORDERED that CCE's claims against AT&T Mobility LLC, Sprint Solutions, Inc., Sprint Spectrum L.P., Boost Mobile, LLC, T-Mobile USA, Inc., and T-Mobile US, Inc. that were severed and stayed from the above-captioned actions are dismissed WITH PREJUDICE to the extent those claims for relief asserted therein involve the manufacture, use, offer for sale, sale, and/or importation of products manufactured by or for ZTE that are the subject of the settlement agreement between CCE and ZTE.

So ORDERED and SIGNED this 10th day of September, 2018.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE